UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY ROSS,

        Plaintiff,        Case no. 08-10715
                                 Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**REPORT AND RECOMMENDATION**

      The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and upon review;

      **IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED**.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: May 14, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on May 14, 2009 by electronic and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager